IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JERRY WAYNE HUGHES and<br>LAVERNE HUGHES, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:14CV00506 SWW |
| GOODWILL INDUSTRIES OF<br>ARKANSAS, INC; ET AL., | * * * * | |
| Defendants. | * * | |

**Judgment**

Consistent with the Order entered in this matter on this date, and the Order entered in this matter on January 13, 2015, it is Considered, Ordered, and Adjudged that Plaintiff Jerry Wayne Hughes's race discrimination claim pursuant to federal law and his state law claim of outrage are dismissed with prejudice. His state law claim of defamation and Plaintiff Laverne Hughes's state law claim of loss of consortium are dismissed without prejudice. This case is dismissed in its entirety.

SO ORDERED this 4th day of August, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE